UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PAUL AHERN and NEXT DECADE
ENTERTAINMENT, INC.                           :     Index No. 13 Civ. 1812
                       Plaintiffs,
                                                       :

    -against-                                                                AFFIDAVIT OF SERVICE

                                                       :
DONALD THOMAS SCHOLZ,
                                                       :
                      Defendant.
-------------------------------------------------------------X

       Maureen N. Dickson, being duly sworn, says: I am not a party to the action, am over 18 years of age and reside at Bronx, New York.

       On March 19, 2013, I personally served the within SUMMONS AND COMPLAINT upon:

Craig E. Pinkus, Esq.
Bose McKinney & Evans LLP
111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204

by delivering a true copy thereof, via Email and First Class Mail, by depositing a true copy thereof in a post-paid wrapper in an official depository under the exclusive care and custody of the United States Postal Service, addressed to the attorney, at the addresses set forth above as per the consent and acknowledgement of the attorney referenced above.

                                                                       Maureen N. Dickson

Sworn to before me this
___ day of March, 2013

Notary Public

JAMES E. DOHERTY
Notary Public, State of New York
No. 02DO5050294
Qualified in New York County
Commission Expires October 10, 20__

G:\APPL\PUBDOC\01020\Scholz\AffServ01.docx