UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

_____

|  |  |
|---|---|
| PAUL AHERN and NEXT DECADE ENTERTAINMENT, INC., | ) )  ) |
|  Plaintiffs, | ) ) |
| against | ) ) ) |
| DONALD THOMAS SCHOLZ, | ) ) |
|  Defendant. | ) ) ) |

C.A. No. 13-1812 (LTS)

**NOTICE OF MOTION PURSUANT TO LOCAL CIVIL RULE 1.4**

_____

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Craig Eldon Pinkus dated July 11, 2013, the Declaration of Donald Thomas Scholz dated August 30, 2013 and all prior papers and proceedings had herein, the law firm of Bose McKinney & Evans LLP will move this Court, before Hon. Laura Taylor Swain, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, Courtroom 17C, New York, New York 10007, at a time set by the Court, pursuant to Local Civil Rule 1.4, for permission to withdraw as attorneys of record for defendant and plaintiff-in-counterclaim Donald Thomas Scholz.

Dated: Indianapolis, Indiana
       September 23, 2013

BOSE MCKINNEY & EVANS LLP

By:_____
   Craig Eldon Pinkus (admitted *pro hac vice*)
   111 Monument Circle, Suite 2700
   Indianapolis, Indiana 46204
   (317) 684-5358

TO:    John J. Rosenberg, Esq.
Brett T. Perala, Esq.
Rosenberg & Giger P.C.
250 Park Avenue, 12th Floor
New York, NY 10177

*New Attorneys for Defendant and Plaintiff-in-Counterclaim*

Stewart L. Levy, Esq.
Eisenberg Tanchum & Levy
675 Third Avenue, Suite 2900
New York, NY 10017

*Attorneys for Plaintiff and Counterclaim-Defendant*

Donald Thomas Scholz
40 Lantern Lane
Weston, MA 02493

*Defendant and Plaintiff-in-Counterclaim*