**EISENBERG TANCHUM & LEVY**

675 THIRD AVENUE
NEW YORK, NEW YORK 10017

(212) 599-0777

TELECOPIER: (212) 599-0770

MICHAEL L. TANCHUM
RICHARD D. EISENBERG
STEWART L. LEVY

JAMES E. DOHERTY

ELLIOTT D. HEFLER
LETTY M. TANCHUM
DAVID GREENE
HAROLD GREENBERG
ROBERT S. BESSER
OF COUNSEL

September 26, 2013

**First Class Mail**
Hon. Laura Taylor Swain
Judge, United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

  Re: Paul Ahern and Next Decade Entertainment, Inc. v. Donald Thomas Scholz
    <u>13 Civ. 1812 (LTS) (DCF)</u>

Dear Judge Swain:

  We are the attorneys for Paul Ahern and Next Decade Entertainment, Inc., the plaintiffs in the above-captioned action. We do not object to the motion brought by Bose McKinney & Evans LLP seeking to withdraw as attorneys of record for defendant and plaintiff-in-counterclaim Donald Thomas Scholz.

                 Respectfully submitted,

                 Stewart L. Levy

SLL/md

cc: Bose McKinney & Evans LLP
   Attn: Craig E. Pinkus, Esq.

   Rosenberg & Giger
   Attn: John Rosenberg

G:\APPL\PUBDOC\01020\Ltrs\Judge Swain 9-26-2013.docx