**EISENBERG TANCHUM & LEVY**

675 THIRD AVENUE
NEW YORK, NEW YORK 10017

(212) 599-0777

TELECOPIER: (212) 599-0770

MICHAEL L. TANCHUM
RICHARD D. EISENBERG
STEWART L. LEVY

JAMES E. DOHERTY

ELLIOTT D. HEFLER
LETTY M. TANCHUM
DAVID GREENE
HAROLD GREENBERG
ROBERT S. BESSER
OF COUNSEL

April 3, 2014

**By ECF**
Hon. Laura Taylor Swain
Judge, United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    Paul Ahern and Next Decade Entertainment, Inc. v. Donald Thomas Scholz
             13 Civ. 1812 (LTS) (DCF)

Dear Judge Swain:

    We are the attorneys for Paul Ahern and Next Decade Entertainment, Inc., the plaintiffs and defendants-in-counterclaim in the above-captioned action. We are writing this letter with the knowledge and concurrence of John Rosenberg, counsel to defendant and plaintiff-in-counterclaim Donald Thomas Scholz.

    The parties are pleased to inform the Court that they have settled their dispute and that settlement documents have been agreed upon and are being circulated for signature. We expect to have the documents fully executed within the next few days at which time we will file a stipulation of discontinuance with the Court. For this reason we respectfully request that the deadlines set forth in the Court's revised pre-trial scheduling order of February 7, 2014 be stayed for two (2) weeks to allow for the requisite signatures to be obtained and the stipulation of discontinuance to be filed.

                                                                 Respectfully submitted,

                                                                   Stewart L. Levy

SLL/md
cc:    John J. Rosenberg, Esq.(email and mail)
        Rosenberg & Giger, P.C.
        Attorneys for Defendant and
        Plaintiff-in counterclaim Donald
        Thomas Scholz